| AO 10 Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Selna, James V. | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>05/11/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>Ronald Reagan Federal Building and US Courthouse<br>411 W. 4th Street<br>Santa Ana, CA 92701 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 2 |
| 2. | Custodian | Custodian of Accounts JSL 2 through 3, BCS 1 through 6, and SSD 1 through 3 |
| 3. | Director | Federal Bar Association, Orange County |
| 4. | Director | Association of Business Trial Lawyers, Orange County |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | O'Melveny & Myers--retirement pension, paid monthly | $124,380.00 |
| 2. 2020 | Selna Descendants Trust for the Benefit of James V. Selna --life income beneficiary, paid periodically throughout year | $21,898.65 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property: | | | | | | | | | |
| 2. Parcel 1, Cambria, CA | | None | M | W | | | | | |
| 3. Parcel 2, Antelope Valley, CA | | None | K | W | | | | | |
| 4. | | | | | | | | | |
| 5. Held in Account 1 | | | | | | | | | |
| 6. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 7. Comcast Corp. class A common | A | Dividend | J | T | | | | | |
| 8. Corning common | A | Dividend | K | T | | | | | |
| 9. General Electric | A | Dividend | K | T | Sold (part) | 12/24/20 | K | A | |
| 10. Wabtec | A | Dividend | J | T | | | | | |
| 11. Estee Lauder common | A | Dividend | L | T | | | | | |
| 12. Microsoft common | C | Dividend | N | T | | | | | |
| 13. Newell Rubbermaid common | A | Dividend | J | T | | | | | |
| 14. Pepsico Inc. common | A | Dividend | J | T | | | | | |
| 15. Tyson Foods Inc. common | C | Dividend | M | T | | | | | |
| 16. Walmart common | B | Dividend | M | T | | | | | |
| 17. Charles Schwab Bank Account | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Selna, James V.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Bed Bath & Beyond common | A | Distribution | | | Sold | 12/24/20 | J | A | |
| 19.  Southwest Airlines common | A | Dividend | L | T | | | | | |
| 20.  Consolidated Edison | C | Dividend | L | T | | | | | |
| 21.  Pimco Total Return | B | Dividend | M | T | | | | | |
| 22. | A | Dividend | | | | | | | |
| 23.  Gabelli Small Cap Growth | D | Distribution | K | T | | | | | |
| 24. | A | Dividend | | | | | | | |
| 25.  Verizon common | C | Dividend | L | T | | | | | |
| 26.  CSX common | B | Dividend | L | T | | | | | |
| 27.  Alaska Airlines | A | Dividend | L | T | | | | | |
| 28.  Apache Oil | A | Dividend | J | T | | | | | |
| 29.  Total S A | C | Dividend | K | T | | | | | |
| 30.  Xcel Energy | D | Dividend | N | T | | | | | |
| 31. | | | | | | | | | |
| 32.  Held in Account 3: | | | | | | | | | |
| 33.  Charles Schwab Bank Account | A | Dividend | L | T | | | | | |
| 34.  Intel Corp. common | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Ford Motor common | B | Dividend | K | T | | | | | |
| 36. Advanced Micro Devices common | | None | | | Sold | 01/16/20 | K | E | |
| 37. Caleres Inc. | A | Dividend | K | T | | | | | |
| 38. Manitowoc Company common | | None | J | T | | | | | |
| 39. Welbilt, Inc. | | None | J | T | | | | | |
| 40. Jet Blue common | | None | J | T | | | | | |
| 41. AT & T | C | Dividend | K | T | | | | | |
| 42. Aronic | A | Dividend | J | T | | | | | |
| 43. Alcoa | | None | J | T | | | | | |
| 44. Arcellor Mittal | | None | K | T | | | | | |
| 45. Kroger Company | A | Dividend | K | T | | | | | |
| 46. ODP: Corp. ( formerly Office Depot) | A | Dividend | J | T | | | | | |
| 47. Sprouts Farmers Market | | None | K | T | | | | | |
| 48. Hewlett Packard Enterprises | A | Dividend | J | T | Buy | 07/02/20 | J | | |
| 49. | | | | | | | | | |
| 50. Held in Account 4: | | | | | | | | | |
| 51. Duke Energy common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Enbridge Inc. | A | Dividend | J | T | | | | | |
| 53. Schwab S & P Investors Fund | A | Dividend | J | T | | | | | |
| 54. Charles Schwab Bank Account | B | Dividend | K | T | | | | | |
| 55. Bank of America | A | Dividend | J | T | | | | | |
| 56. Caleres Inc. | A | Dividend | J | T | | | | | |
| 57. CVS Caremark | A | Dividend | J | T | | | | | |
| 58. Corning | A | Dividend | J | T | | | | | |
| 59. Intel Corporation | A | Dividend | J | T | | | | | |
| 60. Stanley Black & Decker | A | Dividend | J | T | | | | | |
| 61. AT & T common | A | Dividend | J | T | | | | | |
| 62. Sunoco common | A | Dividend | J | T | | | | | |
| 63. Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 64. Alaska Airlines | | None | J | T | | | | | |
| 65. Chico's FAS | | None | J | T | | | | | |
| 66. IBM | A | Dividend | J | T | | | | | |
| 67. Verizon | A | Dividend | J | T | | | | | |
| 68. Chevron | A | Dividend | J | T | Buy | 05/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | | | | |
| 70. Held in Account 5: | | | | | | | | | |
| 71. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 72. Comcast Corp. common | B | Dividend | L | T | | | | | |
| 73. Conagra Foods common | C | Dividend | L | T | | | | | |
| 74. Lamb Wesson | A | Dividend | L | T | | | | | |
| 75. Ford Motor Co. common | | None | K | T | | | | | |
| 76. HP, Inc. | C | Dividend | M | T | | | | | |
| 77. Perspecta Inc. | A | Dividend | | | Sold | 12/24/20 | J | B | |
| 78. Hewlett Packard Enterprises | B | Dividend | L | T | | | | | |
| 79. DXC Technologies | | None | J | T | | | | | |
| 80. Micro Focus Intl | A | Dividend | | | Sold | 12/24/20 | J | A | |
| 81. Qurate Retail Inc (QRTEA) | | None | | | Sold | 12/24/20 | J | B | |
| 82. Liberty Interactive (LVNTA) | | None | J | T | | | | | |
| 83. Liberty Media Corp., Series A Liberty Sirius XM (LSXMA) | | None | | | Sold | 12/24/20 | J | A | |
| 84. Liberty Media Corp., Series C Liberty Sirius (LSXMK) | | None | J | T | | | | | |
| 85. GCI Liberty Inc. (GLIBA) (formerly Liberty Media Corp. (LMCK)) | | None | | | Merged<br>(with line 86) | 12/21/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Liberty Broadband (LBRDK) | | None | | | Buy | 12/24/20 | J | | |
| 87. | | None | | | Sold | 12/24/20 | J | C | |
| 88. Mattel Inc. common | | None | J | T | | | | | |
| 89. Microsoft common | D | Dividend | O | T | | | | | |
| 90. Oralce common | C | Dividend | M | T | | | | | |
| 91. Tyson Foods Inc. common | A | Dividend | K | T | | | | | |
| 92. NortonLifeLock (name change from Symantec Corp.) | A | Dividend | | | Sold | 12/24/20 | J | A | |
| 93. ViacomCBS (name change from CBS Corp.) | B | Dividend | M | T | | | | | |
| 94. Waste Management common | C | Dividend | M | T | | | | | |
| 95. Xcel Energy, Inc. common | A | Dividend | K | T | | | | | |
| 96. Charles Chawab Bank Acccount (FKA Charles Schwab Money Market Fund) | A | Dividend | O | T | | | | | |
| 97. Southwest Airlines common | | None | M | T | | | | | |
| 98. Intel Corp. | D | Dividend | M | T | | | | | |
| 99. Wal-Mart Stores Inc. | B | Dividend | M | T | | | | | |
| 100. Apache Corporation | A | Dividend | K | T | | | | | |
| 101. Home Depot common | D | Dividend | N | T | | | | | |
| 102. General Electric common | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wabtec | A | Dividend | | | Sold | 12/24/20 | J | A | |
| 104. Raytheon Technologies (formerly United Technologies) RTX | A | Dividend | K | T | | | | | |
| 105. Otis Worldwide | A | Dividend | J | T | Spinoff (from line 104) | 04/03/20 | J | | |
| 106. Carrier Global CARR | A | Dividend | J | T | Spinoff (from line 104) | 04/03/20 | J | | |
| 107. CVS Caremark | C | Dividend | M | T | | | | | |
| 108. | | | | | | | | | |
| 109. DowDupont | B | Dividend | L | T | Distributed (part) | 06/03/20 | K | D | |
| 110. Corteva | A | Dividend | J | T | Spinoff (from line 109) | 06/03/20 | J | | |
| 111. Dow Inc DOD | A | Dividend | K | T | Spinoff (from line 109) | 06/03/20 | K | | |
| 112. Chemours Co. | A | Dividend | J | T | | | | | |
| 113. Royal Dutch Shell B | C | Dividend | L | T | | | | | |
| 114. Verizon | B | Dividend | M | T | | | | | |
| 115. Schlumberger | B | Dividend | K | T | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. Held in Account 7: | | | | | | | | | |
| 119. Charles Schwab Bank Account | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IBM common | A | Dividend | J | T | | | | | |
| 121. AT&T | A | Dividend | J | T | | | | | |
| 122. | | | | | | | | | |
| 123. Trust No. 2: | | | | | | | | | |
| 124. Charles Schwab Bank Account | A | Dividend | K | T | | | | | |
| 125. GNMA PL #569964 | A | Dividend | J | T | | | | | |
| 126. Xcel Energy Inc. common | B | Dividend | K | T | | | | | |
| 127. Essex Property Trust | B | Dividend | K | T | | | | | |
| 128. Bank of America Corp. | B | Dividend | L | T | | | | | |
| 129. AT & T Corp. new | D | Dividend | M | T | | | | | |
| 130. Royal Dutch Shell B | B | Dividend | L | T | | | | | |
| 131. Verizon | A | Dividend | K | T | | | | | |
| 132. | | | | | | | | | |
| 133. Held in Account 8 | | | | | | | | | |
| 134. Cisco Systems common | C | Dividend | L | T | | | | | |
| 135. General Electric common | A | Dividend | J | T | | | | | |
| 136. Wabtec Corp. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. AT & T | A | Dividend | J | T | | | | | |
| 138. Northern Trust US Govt Money Market Fund X | A | Dividend | K | T | | | | | |
| 139. | | | | | | | | | |
| 140. Bank Accounts: | | | | | | | | | |
| 141. Bank of America | | None | K | T | | | | | |
| 142. One West Bank | C | Interest | N | T | | | | | |
| 143. | | | | | | | | | |
| 144. Custodian Accounts: | | | | | | | | | |
| 145. Custodian Account BCS 1 | | | | | | | | | |
| 146. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 147. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |
| 148. Custodian Account BCS 2 | | | | | | | | | |
| 149. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 150. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |
| 151. Custodian Account BCS 3 | | | | | | | | | |
| 152. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 153. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Custodian Account BCS 4 | | | | | | | | | |
| 155. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 156. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |
| 157. Custodian Account BCS 5 | | | | | | | | | |
| 158. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 159. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |
| 160. Custodian Account BCS 6 | | | | | | | | | |
| 161. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 162. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |
| 163. Custodian Account JSL1 | | | | | | | | | |
| 164. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 165. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |
| 166. Custodian Account JSL2 | | | | | | | | | |
| 167. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 168. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |
| 169. Custodian Account JSL3 | | | | | | | | | |
| 170. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |
| 172. Custodian Account SSD1 | | | | | | | | | |
| 173. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 174. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |
| 175. Custodian Account SSD2 | | | | | | | | | |
| 176. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 177. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |
| 178. Custodian Account SSD3 | | | | | | | | | |
| 179. Xcel common | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | Partial gift. |
| 180. | | | | | Buy (add'l) | 11/02/20 | J | | Partial gift. |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Section VII, line 30:  Exel Energy was not carried forward from the 2018 and to the 2019 AO-10.  It may have been in a glitch in the datea transfer program, but I cannot determine.  The entry for the 2019 report should have been the same as this year at Section VII, line 30.

2. Section VII, line 117: Docovery Inc. was purchased in 2018. but was not reflected in the 2018 A0-10  nor the 2019 AO-10 for reasons I cannot determine.  The 2018 entry would have been:

Col. B(1)   Col. B(2)  Col. C(1)   Col. C(2)   Col. D(1)   Col. D(2)     Col. D(3)

A Div. K T Buy 05/15/18 K

The entrry for 2019 should have been:

Col. B(1)    Col. B(2)  Col. C(1)   Col. C(2)

A Div. K T

I regret the error.

3. Cabellas, reported in the 2019 AO-10 at Section VII, line 57, has not been carried forward.  In fact, the stock was sold in 2017.  The 2017 entry should have been:

Col. B(1)   Col. B(2)  Col. C(1)   Col. C(2)   Col. D(1)   Col. D(2)     Col. D(3) Col. D(4)

J T Sell 09/26/17 J A

I regret the error.

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James V. Selna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544